United States District Court
Eastern District of Michigan
Southern Division

3

In Re: Jack Carpenter III

Case: 2:25-cv-12861
Assigned To : Edmunds, Nancy G.
Referral Judge: Grand, David R.
Assign. Date : 9/10/2025
Description: JACK CARPENTER III V WARDEN (LLH)

## Motion to proceed In Forma Pauperis

Petitioner motions the Court to proceed in forma pauperis. Attached is an affidavit supporting the motion. Petitioner is approved In forma Pauperis in 1 criminal and 2 civil cases in this court, with a third pending. Petitioner is approved in several cases in the 6th circuit with another that will be approved within the week. Petitioner is approved in 2 US Supreme Court cases as well. Petitioner is unable to obtain trust fund documentation as that is an issue in one of the civil cases. Petitioner has ~$8.00 in his account at the time of this filing.

*Jack Carpenter* (signature)

Only the original petition need be filed when moving In Forma Pauperis. Petitioner requests the Court serve on all parties required under law.

Parties: U.S. Attorney General Pamela Bondi
FDC Milan Warden E. Rardin

<u>Affidavit Supporting Motion for In forma Pauperis.</u>

1. Petitioner has been unlawfully incarcerated without a trial for ~30 months

2. Petitioner has been unable to labor due to this injustice

3. Petitioner is currently In forma Pauperis in several cases in each level of Court: District, Supreme, and Circuit

4. No facts have changed since first court approved Pauper status in 2023.

5. ~~Defendant's~~ Petitioner's only assett is a 2015 ford fusion

6. Petitioner has a minor dependant

7. Petitioner has ~8.00 in trust fund.



Jack Carpenter #45173-510
FDC Milan
P.O. Box 1000
Milan, MI 48160

Clerk of the Court of the
Eastern District of Michigan
Southern Division
Theodore Levin US Courthouse
231 W. Lafayette Blvd. 5th Fl.
Detroit, MI 48226

RECEIVED
SEP 10 2025
CLERK'S OFFICE
U.S. DISTRICT COURT