**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JACK CARPENTER, III,**

    Petitioner,           Case Number 2:25-CV-12861
                                HONORABLE NANCY G. EDMUNDS
v.                          UNITED STATES DISTRICT JUDGE

**ERIC RARDIN,**

    Respondent,

_____/

## JUDGMENT

The above entitled came before the Court on a Petition for Writ of Habeas Corpus. In accordance with the Memorandum Opinion and Order entered on this date,

The Petition for Writ of Habeas Corpus is DENIED.

Petitioner is DENIED Leave to Appeal *In Forma Pauperis*.

SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: September 16, 2025