UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Carpenter III,

          Plaintiff(s),

v.                                   Case No. 2:25−cv−12861−NGE−DRG
                                 Hon. Nancy G. Edmunds

Eric Rardin,

          Defendant(s).

_____

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on September 30, 2025.

                                          KINIKIA D. ESSIX, CLERK OF COURT

                                     By: s/ Carolyn M Ciesla
                                             Deputy Clerk

Dated:   September 30, 2025