Case No. 25-1879

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JACK EUGENE CARPENTER, III

    Petitioner - Appellant

v.

ERIC RARDIN, Warden

    Respondent - Appellee

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation:

    The proper fee was not paid by November 14, 2025.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Kelly L. Stephens, Clerk

Issued: December 02, 2025

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 12/02/2025.

**Case Name:** Jack Carpenter, III v. Eric Rardin
**Case Number:** 25-1879

**Docket Text:**
ORDER filed to dismiss for want of prosecution - fee not paid by 11/14/2025. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Jack Eugene Carpenter III
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix