UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK CARPENTER, III,

    Petitioner,      Case Number 2:25-CV-12861
                              HONORABLE NANCY G. EDMUNDS
v.                           UNITED STATES DISTRICT JUDGE

ERIC RARDIN,

    Respondent,
_____/

**OPINION AND ORDER DENYING THE MOTION FOR RELIEF
BARRED PENDING APPEAL (ECF No. 10)**

This matter is before this Court on Petitioner's Motion for Relief Barred Pending Appeal. For the reasons that follow, the motion is denied.

Petitioner is a pre-trial detainee currently incarcerated in the Federal Correctional Institution in Milan, Michigan. Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his pending federal prosecution for transmitting a threatening communication in interstate commerce, in violation of 18 U.S.C. § 875(c). The Court summarily denied the petition on the ground that Petitioner's criminal case remained pending before Judge Mark A. Goldsmith. *See United States v. Carpenter,* No. 2:23-cr-20152 (E.D. Mich.). The Court concluded that all of Petitioner's claims would be dispositive of his pending federal criminal charge and must be exhausted at trial and on appeal in the federal courts before habeas corpus relief would be available. *Carpenter v. Rardin*, No. 2:25-CV-12861, 2025 WL 2691101 (E.D. Mich. Sept. 18, 2025). Petitioner's criminal case still remains pending before Judge Goldsmith.

On September 29, 2025, Petitioner filed a Notice of Appeal with the United States Court of Appeals for the Sixth Circuit. (ECF No. 8). However, on December 2, 2025, the

1

Sixth Circuit dismissed the appeal for want of prosecution because Petitioner failed to pay the filing fee by November 14, 2025. *Carpenter v. Rardin,* No. 25-1879 (6th Cir. Dec. 2, 2025).

While Petitioner's appeal was pending in the Sixth Circuit, Petitioner filed a motion for relief barred pending appeal. The motion, like most of Petitioner's prior pleadings, is difficult to understand but he apparently seeks to file a motion for relief from judgment challenging this Court's prior order to summarily dismiss the petition.

This Court lacked jurisdiction to consider the Rule 60 motion for relief from judgment because Petitioner had an appeal pending in the Sixth Circuit when he filed this motion. A notice of appeal generally "confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal." *Marrese v. American Academy of Orthopaedic Surgeons*, 470 U.S. 373, 379 (1985) (citing *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam)); *see also Workman v. Tate*, 958 F.2d 164, 167 (6th Cir. 1992). "After an appeal of a trial court's final judgment has been perfected by the filing of a notice of appeal, the trial court no longer has jurisdiction to grant a Rule 60(b) motion." *Pickens v. Howes*, 549 F.3d 377, 381 (6th Cir. 2008). However, "If the district judge believes there should be relief from the judgment, the district court is to indicate that it would grant the motion. The appellant should then make a motion in this court for a remand of the case so that the district court can grant relief." *Id.* at 381 (quoting *Bovee v. Coopers & Lybrand C.P.A.*, 272 F.3d 356, 359 n. 1 (6th Cir. 2001)).

This Court would not grant the motion for relief from judgment, even if had jurisdiction over the motion. The Court in great detail explained that a federal defendant

2

facing a pending criminal prosecution in federal court, as Petitioner is, could not bring a petition for writ of habeas corpus to challenge that pending prosecution. Petitioner failed to show that this Court's ruling was erroneous or that he is entitled to relief from judgment. Accordingly, his motion for relief barred pending appeal is denied.

    IT IS HEREBY ORDERED that the Motion for Relief Barred Pending Appeal (ECF No. 10) is DENIED.

                                              s/ Nancy G. Edmunds  
                                              Hon. Nancy G. Edmunds  
Dated: December 3, 2025         United States District Judge