Eastern District of Michigan
Southern Division

Jack Carpenter III
v
Eric Rardin

FILED
DEC 15 2025
CLERK'S OFFICE
DETROIT

Case: 25-cv-12861

### Notice of Intent to appeal and request for expedited appeal

On 12-3-25 the District Court falsely ruled that Petitioner was not entitled to relief under rule 60 motion for relief despite the 6th Circuit ruling in 25-1513 that Habeas relief under 28 U.S.C. §2241 was the proper remedy in Petitioner's circumstance. On Dec. 2, 2025 the 6th Circuit Dismissed the appeal after lying that Petitioner did not send the Form 4 when he did. This was after the 6th Circuit Court "mistakenly" sent him a CJA23 twice when she seems to have no issue sending a Form 4 for every other case. This seems to be clear and obvious corruption coordinated by the District Court and Circuit Court to avoid a ruling on the merits in this case. One day, you will all be held to account for this corruption.

"To the extent that Carpenter seeks his release from a medical facility, such relief can only be sought under habeas provisions. See Carr v. United States, 660 F. App'x 329, 332 (6th Cir 2016) (stating that a request for relief from civil commitment should be brought under 28 U.S.C. §2241)" 6th Cir 25-1513

In the District Courts order in 25-cv-12861 it found that the 6th Circuit in case 23-1661 found Petitioner "remains committed".

This corrupt nonsense is on purpose. The District Court is clearly in error, and clearly a liar that this obvious fact was not proven. The 6th Circuit is clearly lying to dismiss appeal 25-1879 wasn't sent a motion to proceed In Forma Pauperis and a Form 4 because it was sent twice after the Court tried to trick Petitioner into filling out a CJA23 to request counsel, but it didn't work, because this isn't his first rodeo with you pieces of garbage.

*[signature]*

Jack Carpenter
45173-510
NAME / REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal mail

Clerk of the Court of
Mark A. Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd, 5th floor
Detroit, MI 48226

48226-277758

METROPLEX MI 480
10 DEC 2025 AM 14 L

RECEIVED
DEC 15 2025
CLERK'S OFFICE
DETROIT

