UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Carpenter III,

            Plaintiff(s),

v.                                          Case No. 2:25−cv−12861−NGE−DRG
                                              Hon. Nancy G. Edmunds

Eric Rardin,

            Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on December 17, 2025.

                                                      KINIKIA D. ESSIX, CLERK OF COURT

                                                By: s/ Caitlin M Shrum
                                                    Deputy Clerk

Dated:   December 17, 2025