No. 25-1879

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 29, 2025
KELLY L. STEPHENS, Clerk

JACK EUGENE CARPENTER, III, )
        Petitioner - Appellant, )
v. ) O R D E R
ERIC RARDIN, Warden, )
        Respondent - Appellee. )

    Proceeding without counsel, the petitioner appeals the district court's judgment denying his petition for relief in habeas corpus under 28 U.S.C. § 2241. After the petitioner failed to either pay the $605 appellate filing fee or move this court for pauper status on appeal, the clerk dismissed the matter on December 2, 2025. The petitioner moves to reinstate.

    As the petitioner has not cured the defect that led to dismissal, the motion to reinstate is DENIED. The petitioner may renew his motion to reinstate upon payment of the appellate filing fee or the filing of a complete motion for pauper status. The clerk will send the petitioner the necessary forms.

                         ENTERED PURSUANT TO RULE 45(a)
                         RULES OF THE SIXTH CIRCUIT

                         Kelly L. Stephens, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

__JACK EUGENE CARPENTER, III____

v.                                    Case No: _____25-1879 (Ryan)_____

__ERIC RARDIN_____

MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

**The issues which I wish to raise on appeal are:**

_____
_____
_____
_____
_____
_____

Signed: _____    Date: _____
Address: _____
         _____

**INCARCERATED LITIGANTS ARE TO INCLUDE A COPY OF HIS/HER TRUST ACCOUNT FOR THE LAST SIX MONTHS.**

CERTIFICATE OF SERVICE

I certify that a copy of the motion and affidavit was sent to opposing counsel via U.S. Mail on the _____ day of _____, 20___.

Signature (Notary not required)

_____

03/2011

**CONFIDENTIAL**

✎CJA 23
Rev 6CCA 05/23

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE
_____ V.S. _____
FOR _____
AT _____

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name) ▶ _____

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate
District Court ▶
Court of Appeals
25-1879

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now ☐ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment _____ How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED                    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE                     DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____ _____

**DEPENDENTS**
MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No of Dependents _____

List persons you actually support and your relationship to them
_____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|---|
| | | _____ | $ _____ | $ _____ |
| | | _____ | $ _____ | $ _____ |
| | | _____ | $ _____ | $ _____ |
| | | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____
The information herein is protected from public disclosure by the Judicial Conference Policy on Public Access to Electronic Criminal Case Files

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 12/29/2025.

**Case Name:** Jack Carpenter, III v. Eric Rardin
**Case Number:** 25-1879

**Docket Text:**
ORDER filed : As the petitioner has not cured the defect that led to dismissal, the motion to reinstate is DENIED. The petitioner may renew his motion to reinstate upon payment of the appellate filing fee or the filing of a complete motion for pauper status. The clerk will send the petitioner the necessary forms.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Jack Eugene Carpenter III
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix